**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption:    Emrit v. Kardashian et al

District Court Number:    1:25-cv-13828-RGS

Fee:    Paid?   Yes ____   No X    Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending    Yes ____ No X          Sealed documents    Yes ____ No X
*If yes, document #*    _____     *If yes, document #*    _____

*Ex parte* documents    Yes ____ No X          Transcripts    Yes ____ No X
*If yes, document #*    _____     *If yes, document #*    _____

Notice of Appeal filed by: Plaintiff/Petitioner X    Defendant/Respondent ____   Other: ____

Appeal from:

# #4 and #5 Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

# #4, #5 and #7

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 7_____ filed on 1/7/2026_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/7/2026_____.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Jacqueline Martin
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

APPEAL,ProSe

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: <u>1:25−cv−13828−RGS</u>

Emrit v. Kardashian et al

Assigned to: Judge Richard G. Stearns

Cause: 28:1332 Diversity−Tort/Non−Motor Vehicle

Date Filed: 12/12/2025

Date Terminated: 12/15/2025

Jury Demand: Plaintiff

Nature of Suit: 890 Other Statutory Actions

Jurisdiction: Diversity

**<u>Plaintiff</u>**

**Ronald Satish Emrit**
*Presidential Candidate Number P60005535, & Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897*

represented by **Ronald Satish Emrit**
6655 38th Lane East
Sarasota, FL 34243
PRO SE

V.

**<u>Defendant</u>**

**Kim Kardashian**

**<u>Defendant</u>**

**The Creation of Adam Painted by Michaelangelo**

**<u>Defendant</u>**

**The Sistine Chapel**

**<u>Defendant</u>**

**Pope Sixtus IV**

**<u>Defendant</u>**

**The Bering Strait Connecting Alaska and Russian, Greenland**

**<u>Defendant</u>**

**Denmark**

**<u>Defendant</u>**

**The Copenhagen Interpretation of Quantum Physics/Mechanics**

**<u>Defendant</u>**

1

Schrodinger's Cat

**Defendant**

**Erin Burnett Outfront**
*of Cable News Network (CNN)*

**Defendant**

**Sabine Aisha Jules**

**Defendant**

**Maria Cherniavska**
*of Warsaw, Poland*

**Defendant**

**Jeffrey Rodriguez**

**Defendant**

**Gregory Legagneur**

**Defendant**

**Alexandra Legagneur**

**Defendant**

**Daryl Christopher Brooks**
*also known as*
Crooks

**Defendant**

**ALDI Grocery Store**

**Defendant**

**ETSY Online Shopping**

**Defendant**

**Kelly Clarkson**

**Defendant**

**Kelly Ripa**

**Defendant**

**Ryan Seacrest**

**Defendant**

**Dancing with the Stars (DWTS)**

**Defendant**

**A$AP Rocky**

**Defendant**

**Robin Rihanna Fenty**

**Defendant**

**Ye West**

**Defendant**

**City of Key West, Florida**

**Defendant**

**The Blair Witch (Moll Dyer) of Leonardtown, Maryland in Saint Mary's County and not Burkittsville**

**Defendant**

**Maryland in Frederick Count**

**Defendant**

**Opus Dei (OD) of Vatican City**

**Defendant**

**Oden Bowie**
*Governor of Collington, Maryland*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2025 | 1 | COMPLAINT against Sabine Aisha Jules, Kelly Ripa, Denmark, Ye West, Kim Kardashian, Ryan Seacrest, ALDI Grocery Store, Opus Dei (OD) of Vatican City, Jeffrey Rodriguez, Daryl Christopher Brooks, Dancing with the Stars (DWTS), Maryland in Frederick Count, The Bering Strait Connecting Alaska and Russian, Greenland, City of Key West, Florida, Robin Rihanna Fenty, The Blair Witch (Moll Dyer) of Leonardtown, Maryland in Saint Mary's County and not Burkittsville, The Creation of Adam Painted by Michaelangelo, Schrodinger's Cat, Maria Cherniavska, Kelly Clarkson, Alexandra Legagneur, Gregory Legagneur, The Copenhagen Interpretation of Quantum Physics/Mechanics, The Sistine Chapel, A$AP Rocky, Erin Burnett Outfront, ETSY Online Shopping, Oden Bowie, Pope Sixtus IV, filed by Ronald Satish Emrit. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibits) (EZG) (Entered: 12/12/2025) |
| 12/12/2025 | 2 | MOTION for Leave to Proceed in forma pauperis by Ronald Satish Emrit. (EZG) (Entered: 12/12/2025) |
| 12/15/2025 | 3 | ELECTRONIC NOTICE of Case Assignment. Judge Richard G. Stearns assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. |

3

| | | (CM) (Entered: 12/15/2025) |
|---|---|---|
| 12/15/2025 | 4 | Judge Richard G. Stearns: ORDER dismissing action as frivolous and denying as moot 2 Motion for Leave to Proceed in forma pauperis. (jm) (Entered: 12/15/2025) |
| 12/15/2025 | 5 | Judge Richard G. Stearns: ORDER entered. ORDER DISMISSING CASE(jm) (Entered: 12/15/2025) |
| 12/15/2025 | 6 | Copy re 4 Order on Motion for Leave to Proceed in forma pauperis and 5 Order Dismissing Case mailed to Ronald Satish Emrit on 12/15/2025. (JAM) (Entered: 12/15/2025) |
| 01/07/2026 | 7 | NOTICE OF APPEAL by Ronald Satish Emrit.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 1/27/2026. (Attachments: # 1 Exhibit A)(JAM) (Entered: 01/07/2026)** |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 25-13828-RGS

RONALD SATISH EMRIT

v.

KIM KARDASHIAN, et al.

ORDER

December 15, 2025

STEARNS, D.J.

*Pro se* litigant Ronald Satish Emrit, also proceeding as "Presidential Candidate Number P60005535," has filed a complaint against 29 defendants. The list of defendants includes Kim Kardashian, Kelly Clarkson, "ALDI Grocery Store," "The Creation of Adam Painted by Michaelangelo," "The Bering Strait Connecting Alaska and Russian [sic]," "Dancing with the Stars," "Schrodinger's Cat," and "Opus Dei (OD) of Vatican City."

At the beginning of the case, Emrit asks that the court "take judicial notice that all across the world, people are working on a theory of immortality, traveling backwards in time, and reversing the aging process." Dkt #1 at 2. His allegations run the gamut of outlandish factual and legal assertions. To the extent Emrit's complaint contains any historic or scientific

5

material that is within the realm of possibility, his allegations concerning these matters are not actionable under any theory of liability. In addition, Emrit lacks standing to bring claims based on the injuries of other people.

The court has inherent authority to dismiss a frivolous action without giving prior notice to the plaintiff. *See Brockton Sav. Bank. v. Peat, Marwick, Mitchell & Co.*, 771 F.2d 5, 11 n.5 (1st Cir. 1985). In legal parlance, a complaint is "frivolous," if it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). In other words, the "term 'frivolous,' when applied to a complaint, embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." *Id.*

Here, Emrit's claims unquestionably lack an arguable basis either in law or in fact. Accordingly, the court DISMISSES this action as frivolous. The motion to proceed *in forma pauperis* is DENIED as moot.

The court certifies that any appeal of this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

**SO ORDERED.**

/s/ Richard G. Stearns

UNITED STATES DISTRICT JUDGE

2

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 25-13828-RGS

RONALD SATISH EMRIT

v.

KIM KARDASHIAN, et al.


**<u>FINAL ORDER OF DISMISSAL</u>**


In accordance with the Order dated December 15, 2025, dismissing

this action for the reasons stated therein, it is hereby ORDERED that the

above-captioned matter is dismissed in its entirety.


  Date: 12/15/2025                    /s/ Richard G. Stearns

                                      _____
                                      UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**
**( 1 Courthouse Way, Boston, Massachusetts 02210)**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| Presidential Candidate Number P60005535 | ) | |
| "also known as" (aka) Ronald Satish Emrit, | ) | |
| & Presidential Committee/Political Action | ) | |
| Committee/Separate Segregated Fund (SSF) | ) | |
| Number C00569897 d/b/a United | ) | |
| Emrits of America | ) | |
|     Plaintiffs (Pro Se) | ) | |
| | ) | **C. A. No.:  1:2025cv13828** |
|     v. | ) | |
| | ) | |
| Kim Kardashian, The Creation of Adam | ) | |
| Painted by Michaelangelo, The Sistine | ) | |
| Chapel, Pope Sixtus IV, The Bering Strait | ) | |
| Connecting Alaska and Russian, Greenland, | ) | |
| Denmark, The Copenhagen Interpretation of | ) | |
| Quantum Physics/Mechanics, Schrodinger's | ) | |
| Cat, Erin Burnett Outfront of Cable News | ) | |
| Network (CNN), Sabine Aisha Jules, | ) | |
| Maria Cherniavska of Warsaw, Poland, | ) | |
| Jeffrey Rodriguez, Gregory Legagneur, | ) | |
| Alexandra Legagneur, Daryl Christopher | ) | |
| Brooks "also known as" Crooks, | ) | |
| ALDI Grocery Store, ETSY Online Shopping, | ) | |
| Kelly Clarkson, Kelly Ripa, Ryan Seacrest, | ) | |
| Dancing with the Stars (DWTS), A$AP Rocky, | ) | |
| Robin Rihanna Fenty, Ye West, City of Key | ) | |
| West, Florida, The Blair Witch (Moll Dyer) | ) | |
| of Leonardtown, Maryland in Saint | ) | |
| Mary's County and not Burkittsville, | ) | |
| Maryland in Frederick Count, Opus Dei (OD) | ) | |
| of Vatican City, Governor Oden Bowie | ) | |

8

of Collington, Maryland, The Mythical Priory )
of Sion Started by Pierre Plantard of France )
in 1956 )
      Defendants, )
                                 )
                                 )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>NOTICE OF APPEAL</u>

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this notice of appeal pursuant to **Rule 4 of Federal Rules of Appellate Procedure (FRAP)** to have the present case at bar sent to the First Circuit Court of Appeals at John **Joseph Moakley Courthouse in Boston, Massachusetts**. In bringing forth this notice of appeal, the plaintiff/appellant states, avers, and alleges the following

1.) The plaintiff/appellant compares his former fiance Maria Cherniavska to Kim Kardashian because **<u>Armenia was the first Christian country</u>** as in the plaintiff's friend Aram Alemian from Massachusetts and his former co-worker Patricia Sarkissian at Computer Learning Center (CLC) in Laurel, Maryland in which the city of Laurel is divided into 4 counties (Montgomery, Prince George's, Howard, and Anne Arundel like the 4 Gospels of Matthew, Mark, Luke, and John

WHEREFORE, the plaintiff/appellant is bringing forth this notice of appeal to have the present case at bar sent to the First Circuit Court of Appeals at John Joseph Moakley Courthouse in Boston, Massachusetts. Accordingly, the plaintiff/appellant is trying to obtain an injunction such that Governor Wes Moore can provide him with a **housing voucher (HCV)**.

Respectfully submitted,

Ronald Satish Emrit
5108 Cornelias Prospect Drive
Bowie, Maryland 20720
(703)936-3043
einsteinrockstar@hotmail.com
einsteinrockstar2@outlook.com

9



Exhibit A: Maria Cherniavska of
Warsaw Poland