# United States Court of Appeals
## For the First Circuit

_____

No. 26-1036
DC No. 1:25-cv-13828-RGS

RONALD SATISH EMRIT,

Plaintiff - Appellant,

v.

KIM KARDASHIAN; THE CREATION OF ADAM PAINTED BY MICHAELANGELO; THE SISTENE CHAPEL; FRANCESCO DELLA ROVERE, Pope Sixtus IV; THE BERING STRAIT CONNECTING ALASKA AND RUSSIA; GREENLAND; DENMARK; THE COPENHAGEN INTERPRETATION OF QUANTUM PHYSICS/MECHANICS; SCHRODINGER'S CAT; ERIN BURNETT, OutFront, Cable News Network (CNN); SABINE AISHA JULES; MARIA CHERNIAVSKA, Warsaw, Poland; JEFFREY RODRIGUEZ; GREGORY LEGAGNEUR; ALEXANDRA LEGAGNEUR; DARYL CHRISTOPHER BROOKS; ALDI GROCERY STORE; ETSY ONLINE SHOPPING; KELLY CLARKSON; KELLY RIPA; RYAN SEACREST; DANCING WITH THE STARS (DWTS); RAKIM ATHELASTON MAYERS, A$AP Rocky; ROBYN RIHANNA FENTY; YE WEST; CITY OF KEY WEST, FLORIDA; THE BLAIR WITCH (MOLL DYER) OF LEONARDTOWN, MARYLAND IN SAINT MARY'S COUNTY AND NOT BURKITTSVILLE, MARYLAND IN FREDERICK COUNTY; OPUS DEI (OD) OF VATICAN CITY; ODEN BOWIE, former Governor of Maryland,

Defendants - Appellees.

_____

**JUDGMENT**

Entered: March 17, 2026
Pursuant to 1st Cir. R. 27.0(d)

On **January 27, 2026**, this court issued an order notifying appellant that the district court certified pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3) that this appeal was not taken in good faith.   Appellant was directed to either challenge the district court's certification or pay the $605.00 filing fee by **February 26, 2026**, and failure to take either action would result in this appeal being dismissed for lack of prosecution.

A review of the district court docket does not reflect the payment of the filing fees nor has this court received any filing. This appeal is, therefore, dismissed for lack of prosecution pursuant to 1st Cir. R. 3.0(b).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ronald Satish Emrit